**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No.: 2:25-CR-20327-SHL** |
| | ) | |
| **EDGAR SANDOVAL,** | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S MOTION TO DISMISS THE CRIMINAL COMPLAINT**

COMES NOW the United States of America, by and through its counsel, D. MICHAEL DUNAVANT, United States Attorney for the Western District of Tennessee and Wendy K. Caceres, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the criminal complaint filed against the defendant, Edgar Sandoval.  In support of its motion, the United States submits the following:

1.    A criminal complaint in this case was filed and signed on October 24, 2025. (ECF No. 1, Complaint). The complaint charged the defendant with illegal possession of a machine gun, in violation of 18 U.S.C. § 922(o). *Id.*

2.    Sandoval is currently out on bond with pretrial conditions of release. (ECF No. 19, Order).

3.    Upon further examination of this matter, the United States Attorney's Office has decided to decline prosecution.

4.    Therefore, the undersigned counsel requests an order dismissing this case.

**WHEREFORE, PREMISES CONSIDERED**, the government prays for the requested relief.

Respectfully submitted,

D.MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE

By:     *s/Wendy K. Caceres*
Wendy K. Caceres, (IL Bar# 6281679)
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(901) 544-4231
Email: wendy.caceres@usdoj.gov

## CERTIFICATE OF SERVICE

I, Wendy K. Caceres, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing motion of the United States has been filed via the District Court's electronic case filing system.

Submitted: November 18, 2025.

By:     */s/ Wendy K. Caceres*
Wendy K. Caceres
Assistant United States Attorney

2